JEANNETTE SILCOCK, an Infant, by MARGARET SILCOCK, Her Guardian ad Litem, Respondent, v. DEGNON CONTRACTING COMPANY, Appellant, Impleaded with CONSOLIDATED GAS COMPANY OF NEW YORK and Others. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

MENASHA WOODENWARE COMPANY, Appellant, v. MADELINE ENGLISH LANDECK, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, and order of November 21, 1917, reinstated; the date for the examination to proceed to be fixed in order. No opinion. Order to be settled on notice. Present — Clarke, P. J., Smith, Davis, Page and Shearn, JJ.

ERIC M. DE SHERBININ, Respondent, Appellant, v. BREMER-WALTZ CORPORATION, Appellant, Respondent, Impleaded with Another. (Appeals Nos. 1 and 2.) — Order modifying the original order reversed, with ten dollars costs and disbursements to the plaintiff, and the motion of defendant for modification denied, with ten dollars costs; the date for the examination to proceed to be fixed in order. No opinion. Order to be settled on notice. Present — Clarke, P. J., Smith, Davis, Page and Shearn, JJ.

COMPAGNIE DE TREFILERIES AND LAMINOIRS DU HAVRE, Respondent, v. FRANCE AND CANADA STEAMSHIP COMPANY, LIMITED, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Davis, Page and Shearn, JJ.

WILLIAM H. DOHRMAN, Respondent, v. FREDERICK P. HUMPHREYS, Appellant, Impleaded with Another.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Clarke, P. J., Smith, Davis, Page and Shearn, JJ.

TASHJIAN CARPET CLEANING CO., INC., Respondent, v. PIERRE WARNY and BERNARD LIEBERMAN, Appellants, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Davis, Page and Shearn, JJ.

BERYL C. HELM, Appellant, v. HAROLD A. HELM, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on *Reader* v. *Haggin* (114 App. Div. 112). Present — Clarke, P. J., Smith, Davis, Page and Shearn, JJ.

HOWARD COOPER, Respondent, v. CARTER MEDICINE COMPANY, Appellant. — Order modified as stated in order entered hereon and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Clarke, P. J., Smith, Davis, Page and Shearn, JJ.

GEORGE R. HAMILTON, Appellant, v. HARVEY A. WILLIS and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Davis, Page and Shearn, JJ.